McKAY, Trustee, *v.* McKNIGHT and others.

*(Circuit Court, D. New Jersey.* ——, 1881.)

McKAY, TRUSTEE, v. DIBERT, *ante,* 587, followed, and provisional injunction allowed.

In Equity.

NIXON, D. J. The preliminary injunction is allowed in the above case, not only for the reason stated in the opinion in the case of the same complainant against Dibert, but for the additional reason that the defendant William McKnight, as licensee of the complainant, is estopped by the express terms of his contract from setting up the defences which have been brought forward in excuse of the infringement by the defendants.